**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Eliyahu Wolf, and Miranda Phelps, | Case No. 23-CV-00145 (JMB/LIB) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| American Honda Motor Co., Inc., | |
| Defendant. | |

---

This matter is before the Court on Plaintiffs Eliyahu Wolf's and Miranda Phelps' and Defendant American Honda Motor Co., Inc.'s Joint Stipulation for Dismissal. (Doc. No. 40.) Eliyahu Wolf and Miranda Phelps wish to dismiss their Complaint (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 14, 2025                     /s/ *Jeffrey M. Bryan*
                                                                   Judge Jeffrey M. Bryan
                                                                   United States District Court

1